ALEXANDER R. SAFYAN (SBN 277856)
alexander.safyan@tuckerellis.com
TUCKER ELLIS LLP
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071-2223
Tel:      213.430.3400
Fax:     213.430.3409

*Attorney for Defendants*
*Mead Johnson Nutrition Company and*
*Mead Johnson & Company, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DOMINIQUE LOPEZ, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEAD JOHNSON NUTRITION COMPANY and MEAN JOHNSON & JOHNSON COMPANY, LLC,<br><br>　　　　　Defendants. | Case No. 4:24-cv-03573-HSG<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (L.R. 6-1(a))** |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Dominique Lopez ("Plaintiff") and Defendants Mead Johnson Nutrition Company and Mead Johnson & Company, LLC ("Defendants") (together, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a class action complaint against Defendants in the Superior Court of the State of California for the County of Contra Costa on May 8, 2024;

WHEREAS, Defendants accepted service of the summons and complaint via Acknowledgement of Receipt on May 15, 2024;

WHEREAS, on June 13, 2024, Defendants timely removed the case to this Court under 28 U.S.C. § 1332(d) (*see* ECF No. 1);

WHEREAS, under Federal Rule of Civil Procedure 81(c)(2)(C), Defendants' deadline to answer or otherwise respond to Plaintiff's complaint is June 20, 2024;

WHEREAS, Plaintiff has not decided whether she will seek to remand the case and has agreed to extend Defendants' deadline to answer or otherwise respond to Plaintiff's complaint until after Plaintiff's deadline to move to remand;

WHEREAS, the Parties have conferred and agreed that Defendants may file their responsive pleading by August 14, 2024;

WHEREAS, this is Defendants' first request for an extension of time to answer or otherwise respond to Plaintiff's complaint;

WHEREAS, the Parties have further agreed that, if Defendants respond to Plaintiff's complaint by filing a motion pursuant to Federal Rule of Civil Procedure 12(b), Plaintiff shall have until September 27, 2024 to file an opposition (if any), and Defendants shall have until October 28, 2024 to file a reply (if any); and

WHEREAS, extending the time for Defendants to answer or otherwise respond to Plaintiff's complaint will not alter the date of any event or deadline already fixed by Court order, but the Parties nevertheless seek the Court's consent to their proposed briefing schedule;

NOW, THEREFORE, the Parties hereby stipulate and agree, by and through their respective counsel, that Defendants' deadline to answer or otherwise respond to Plaintiff's complaint shall be

extended to August 14, 2024, Plaintiff's deadline to oppose any Rule 12 motion (if applicable) shall be September 27, 2024, and Defendants' deadline to reply (if applicable) shall be October 28, 2024.

**IT IS SO STIPULATED.**

Dated: June 19, 2024                                        TUCKER ELLIS LLP

                                                By:   */s/ Alexander R. Safyan*
                                                      Alexander R. Safyan
                                                      Attorneys for Defendants

Dated: June 19, 2024                                        LOCKRIDGE GRINDAL NAUEN PLLP

                                                By:   */s/ Rebecca A. Peterson*
                                                      Rebecca A. Peterson (SBN 241858)
                                                      rapeterson@locklaw.com
                                                      100 Washington Avenue South, Suite 2200
                                                      Minneapolis, MN 55401
                                                      Telephone: (612) 339-6900
                                                      Facsimile: (612) 339-0981
                                                      Attorneys for Plaintiff

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, Alexander R. Safyan, attest that concurrence in the filing of this Stipulation and [Proposed] Order to Answer or Otherwise Respond to Complaint (L.R. 6-1(a)) has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 19, 2024
                                                By:   */s/ Alexander R. Safyan*
                                                      Alexander R. Safyan

**ORDER**

Pursuant to the Parties' Stipulation, IT IS HEREBY ORDERED that Defendants Mead Johnson Nutrition Company and Mead Johnson & Company, LLC ("Defendants") shall file their responsive pleading in this matter no later than August 14, 2024.

If Defendants file a motion pursuant to Federal Rule of Civil Procedure 12(b), Plaintiff Dominique Lopez shall have until September 27, 2024 to file an opposition (if any), and Defendants shall have until October 28, 2024 to file a reply (if any).

DATED: 6/25/2024

By: _____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE