UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dominique Lopez,

    Plaintiff(s),

v.

Mead Johnson Nutrition Company, et al.,

    Defendant(s).

Case No. 4:24-cv-03573-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Catherine Sung-Yun K. Smith, an active member in good standing of the bar of the State of Minnesota, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Dominique Lopez in the above-entitled action. My local co-counsel in this case is Scott Gregory Braden, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 305051.

| | |
|---|---|
| Gustafson Gluek PLLC<br>120 S. 6th St., Suite 2600<br>Minneapolis, MN 55402<br>MY ADDRESS OF RECORD | Lynch Carpenter LLP<br>1234 Camino Del Mar<br>Del Mar, CA 92014<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (612) 333-8844<br>MY TELEPHONE # OF RECORD | (619) 762-1910<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| csmith@gustafsongluek.com<br>MY EMAIL ADDRESS OF RECORD | scott@lcllp.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 353723.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules. I declare under penalty of perjury that the foregoing is true and correct.
4  Dated: 07/31/2024                               Catherine Sung-Yun K. Smith
                                                   APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Catherine Sung-Yun K. Smith is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/31/2024

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

CATHERINE SUNG-YUN KIM SMITH

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 12, 2006

Given under my hand and seal of this court on

August 15, 2023

Emily J. Eschweiler, Director
Office of Lawyer Registration