UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dominique Lopez,

Plaintiff(s),

v.

Mead Johnson Nutrition Company, et al.,

Defendant(s).

Case No. 4:24-cv-03573-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Catherine Anne Peterson, an active member in good standing of the bar of Minnesota; Virginia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Dominique Lopez in the above-entitled action. My local co-counsel in this case is Scott Gregory Braden, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 305051.

| | |
|---|---|
| Lockridge Grindal Nauen PLLP<br>100 Washington Ave. S., Suite 2200<br>Minneapolis, MN 55401<br>MY ADDRESS OF RECORD | Lynch Carpenter LLP<br>1234 Camino Del Mar<br>Del Mar, CA 92014<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 612-339-6900<br>MY TELEPHONE # OF RECORD | 619-762-1910<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| capeterson@locklaw.com<br>MY EMAIL ADDRESS OF RECORD | scott@lcllp.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0505172(MN);92022(V).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0* times in the 12 months preceding this application. * will be filing PHV motion in following case at approx same time: *In re Theos Dark Chocolate Litig.*, Court File 23-cv-02739-HSG

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 22, 2024                                             Catherine Anne Peterson
                                                                                            APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Catherine Anne Peterson  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/25/2024

_Haywood S. Gill, Jr._
UNITED STATES DISTRICT JUDGE

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

Catherine Anne Peterson

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

August 5, 2024

Given under my hand and seal of this court on

September 30, 2024

Emily J. Eschweiler, Director
Office of Lawyer Registration

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **CATHERINE ANNE PETERSON** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **CATHERINE ANNE PETERSON** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **SEPTEMBER 15, 2017**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued October 3, 2024

*DaVida M. Davis*
DaVida M. Davis
**Director of Regulatory Compliance**