United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dominique Lopez                    ,

Plaintiff(s),

v.

Mead Johnson Nutrition Company, et al. ,

Defendant(s).

Case No. 4:24-cv-03573-HSG

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE;
ORDER**
(CIVIL LOCAL RULE 11-3)

I, Gwyneth F. Lietz          , an active member in good standing of the bar of

the State of Illinois          , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Plaintiff Dominique Lopez      in the

above-entitled action. My local co-counsel in this case is Scott Gregory Braden          , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 305051          .

Wexler Boley & Elgersma LLP
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
MY ADDRESS OF RECORD

Lynch Carpenter LLP
1234 Camino Del Mar
Del Mar, CA 92014
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(312) 346-2222
MY TELEPHONE # OF RECORD

(619) 762-1910
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

gfl@wbe-llp.com
MY EMAIL ADDRESS OF RECORD

scott@lcllp.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 6349396      .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _zero_ times in the 12 months

preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _1/9/2025_____          Gwyneth F. Lietz_____
                                       APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Gwyneth F. Lietz_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ____1/10/2025_____

_Haywood S. Gill Jr._____
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Gwyneth Lietz

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/06/2024 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 5th day of December, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois