TUCKER ELLIS LLP
Jennifer L. Mesko (admitted *pro hac vice*)
jennifer.mesko@tuckerellis.com
Ethan W. Weber (admitted *pro hac vice*)
ethan.weber@tuckerellis.com
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Tel:     216.592.5000
Fax:    216.592.5009

TUCKER ELLIS LLP
Alexander R. Safyan (SBN 277856)
alexander.safyan@tuckerellis.com
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071-2223
Tel:     213.430.3400
Fax:    213.430.3409

*Attorneys for Defendants*
*Mead Johnson Nutrition Company and*
*Mead Johnson & Company, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DOMINIQUE LOPEZ, on behalf of herself and all others similarly situated,<br><br>               Plaintiff,<br><br>       v.<br><br>MEAD JOHNSON NUTRITION COMPANY and MEAN JOHNSON & JOHNSON COMPANY, LLC,<br><br>               Defendants. | Case No. 3:24-cv-03573-HSG<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

1

2

3    Having considered the parties' Stipulation to Continue Hearing Date on Defendants' Motion to Dismiss Plaintiff's Amended Complaint, and good cause appearing therefor, the Court hereby GRANTS the Stipulation and orders as follows:

4    The hearing on Defendants' Motion to Dismiss Plaintiff's Amended Complaint is continued from

5    July 17, 2025 to August 14, 2025, at 2:00 p.m., in Courtroom 2 – 4th Floor, of the above-captioned court.

6    IT IS SO ORDERED.

7

8    Dated: _____ June 25, 2025

9    HAYWOOD S. GILLIAM, JR.

10    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28