UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dominique Lopez

            Plaintiff(s)

v.

Mead Johnson Nutrition Company, et al.

            Defendant(s)

CASE No C 4:24-CV-03573-HSG

STIPULATION AND ORDER
SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: The parties have met and conferred regarding mediation as requested by the Court. The parties agree to mediate on or before May 16, 2026, which will allow for some fact development prior to mediation. The parties are willing to schedule mediation at an earlier date should the Court so direct.

Date: September 8, 2025    /s/ Rebecca Peterson
                                    Attorney for Plaintiff

Date: September 8, 2025    /s/ Jennifer L. Mesko
                                    Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  9/9/2025

*[signature: Haywood S. Gilliam Jr.]*
U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

Form ADR-Stip rev. 1-15-2019