JENNIFER L. MESKO (pro hac vice)
jennifer.mesko@tuckerellis.com
ETHAN W. WEBER (pro hac vice)
ethan.weber@tuckerellis.com
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:    216.592.5000
Facsimile:    216.592.5009

ALEXANDER R. SAFYAN SBN 277856
Alexander.Safyan@tuckerellis.com
TUCKER ELLIS LLP
515 South Flower Street, Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

*Attorneys for Defendants*
*Mead Johnson Nutrition Company and*
*Mead Johnson & Company, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| DOMINIQUE LOPEZ, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>MEAD JOHNSON NUTRITION COMPANY and MEAD JOHNSON & COMPANY, LLC,<br><br>Defendants. | Case No. 4:24-cv-03573-HSG<br><br>Judge Haywood S. Gilliam, Jr.<br><br>**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE** |

TUCKER ELLIS LLP
515 South Flower Street, Forty-Second Floor, Los Angeles, CA 90071    213.430.3400

On Friday, the Court granted Defendants Mead Johnson & Company, LLC and Mead Johnson Nutrition Company's Motion to Dismiss Plaintiff Dominique Lopez's Amended Complaint. *See* Order (Dkt. No. 81). In that Order, the Court directed Mead Johnson to show cause regarding the following citation in its Memorandum of Points and Authorities in support of its Motion to Dismiss (Dkt. No. 81, Page 14 n.7): "'[C]ommon law claims for fraudulent and negligent misrepresentation are analyzed' under the same 'reasonable consumer' framework discussed above. *Becerra*, 945 F.3d at 1228." *See id.*

Counsel for Mead Johnson apologizes for the error. The quote is from a different Ninth Circuit case, *Kim v. Bluetriton Brands, Inc.*, No. 22-56063, 2024 WL 243343, at *1 (9th Cir. Jan. 23, 2024), which cites *Becerra*, 945 F.3d at 1228. Counsel's investigation confirmed that *Kim* was reviewed and accessed while preparing the Motion. Below is a snapshot of the Westlaw access history:

Document View    **Kim v. Bluetriton Brands, Inc.**    04/22/2025 12:00    09700000000
C.A.9 (Cal.) • January 23, 2024 • Not Reported in Fed. Rptr.    PM    2

Counsel regrets that the primary citation to *Kim* was inadvertently omitted from the brief and only the citation to *Becerra* remained. The correct citation sentence should have been: "'[C]ommon law claims for fraudulent and negligent misrepresentation[] are analyzed' under the same 'reasonable consumer' framework discussed above. *Kim v. Bluetriton Brands, Inc.*, No. 22-56063, 2024 WL 243343, at *1 (9th Cir. Jan. 23, 2024) (citing *Becerra*, 945 F.3d at 1228; *Ham v. Hain Celestial Grp. Inc.*, 70 F.Supp.3d 1188, 1193 (N.D. Cal. 2014))."

This was an unintentional human error, not a fabricated or hallucinated citation produced by an AI tool. *Compare Oneto v. Watson*, 808 F.Supp.3d 974, 978 (N.D. Cal. 2025). An accurate quote was incorrectly attributed to *Becerra* instead of *Kim*. Counsel did not intend to mislead the Court or Plaintiff. Counsel for Mead Johnson apologizes for the mistake and has informed Mead Johnson of both this error and the Court's Order.

"[A]ny sanction imposed must be proportionate to the offense and commensurate with principles of restraint and dignity inherent in judicial power." *Zambrano v. City of Tustin*, 885 F.2d 1473, 1480 (9th Cir. 1989); *see also* Fed. R. Civ. P. 11(c)(4) ("A sanction imposed under this rule must be limited to what suffices to deter repetition of the conduct or comparable conduct by others similarly situated."). In light of the circumstances, counsel for Mead Johnson requests that a sanction not be assessed.

DATED:  March 24, 2026                    TUCKER ELLIS LLP


By:   _/s/ Jennifer L. Mesko_
       Jennifer L. Mesko

*Attorney for Defendants*
*Mead Johnson Nutrition Company and*
*Mead Johnson & Company, LLC*

TUCKER ELLIS LLP
515 South Flower Street, Forty-Second Floor, Los Angeles, CA 90071  213.430.3400

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT
Case No. 3:24-cv-03573-HSG

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 24, 2025, a copy of the foregoing was filed electronically via the Court's electronic filing system. Notice of this filing will be served upon all parties of record through the Court's electronic filing system. Parties may access the filing through the Court's ECF system.

TUCKER ELLIS LLP

By: */s/ Jennifer L. Mesko*   
        Jennifer L. Mesko

*Attorney for Defendants*
*Mead Johnson Nutrition Company and*
*Mead Johnson & Company, LLC*

7305467